**IN THE UNTED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT
AT TENNESSEE**

| | | |
|---|---|---|
| UNITED STATES, FOR THE USE OF KEENAN HOPKINS SCHMIDT & STOWELL CONTRACTORS, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | No. 3:06-cv-117 |
| v. | ) ) | |
| CADDELL/BLAINE JOINT VENTURE, KNIGHT/JACOBS JOINT VENTURE, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, SEABOARD SURETY COMPANY, and FIDELITY AND DEPOSIT COMPANY OF MARYLAND, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court upon parties' motion for stay of proceedings [Doc. 3]. Specifically, parties wish to stay proceedings for a period of 6 months while the parties discuss settlement of this litigation. For good cause stated, the motion for stay of proceedings [Doc. 3] is **GRANTED**. Parties are directed to report the status of the case on or before December 8, 2006.

**IT IS SO ORDERED.**

                                            **ENTER:**

                                            s/ Thomas W. Phillips
                                            United States District Judge